TO: Clerk of the court
U.S. District court of New Hampshire
55 Pleasant street, Room 110
Concord, NH. 03301

page (1) of (1)

FROM: SA Corey Clark
45720-044
Berlin-FCI
P.O. Box 9000
Berlin, NH. 03570

FILED - USDC -NH
2025 JAN 10 PM 1:25

Dated: January 02, 2025

Dear Clerk,

Please File the Enclosed (6) page 28 USCS 2241 Petition Along with IFP motion 5 page And 2 page Attachment to IFP motion/6 month Account statement. Then send me A copy of the Docket And All document(s) Filed With Page I.d. Number(s) please.

Thank you

Avery Clark

SA Corey Clark #45720-044
Berlin Federal Correctional Institution
P.O. Box 9000
Berlin, NH. 03570

**CERTIFIED MAIL**

9589 0710 5270 1209 0814 53

"Out-going Legal Mail"

Clerk of the Court
U.S. District Court of
New Hampshire
55 Pleasant Street, Room 110
Concord, NH. 03301

U.S. POSTAGE PAID
FCM LG ENV
BERLIN, NH 03570
JAN 07, 2025

**$0.00**

S2324N500484-08

03301